# UNITED STATED BANKRUPTCY COURT
## MIDDLE DISTRICT OF NORTH CAROLINA
### DURHAM DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | No. B-09-81626  C-13D |
| Johnny C. Green | ) | |
| Deborah K. Green | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER DENYING CONFIRMATION OF PLAN

On January 14, 2010, a hearing was held on Objection by Litton Loan Servicing, LP ("Litton") to confirmation of the Debtors' proposed plan.  At the hearing, Edward C. Boltz, Esq. appeared on behalf of the Debtors, and Benjamin E. Lovell, Esq., attorney for the Standing Trustee appeared. No other party appeared. The Court, after considering the Objection and having heard and considered the statements of the attorney for the Trustee, finds that the Objection should be sustained; therefore, it is

ORDERED that the Objection by the Trustee to confirmation of the Debtor's proposed plan is sustained and the proposed plan is not confirmed.

John T. Orcutt, Esq.
6616-203 Six Forks Rd.
Raleigh, NC 27615

Richard M. Hutson, II
Standing Trustee
PO Box 3613
Durham, NC 27702